# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 5:17-cv-01551-MWF (SK) | Date | April 30, 2018 |
|---|---|---|---|
| Title | Eileen M. Moreno v. Nancy A. Berryhill | | |

Present: The Honorable  Steve Kim, United States Magistrate Judge

| Connie Lee | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On August 3, 2017, Plaintiff, proceeding pro se, filed a complaint challenging Defendant's denial of social security benefits. (ECF No. 1). On August 7, 2017, the Court issued an "Order Re: Procedures in Social Security Appeal," which instructed Plaintiff to file and serve a memorandum in support of the complaint 35 days from the filing of the answer. (ECF No. 11). On January 22, 2018, Defendant filed the answer. (ECF No. 16). But as of the date of this Order, Plaintiff has not filed the required document, nor has she filed a request for an extension of time to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE on or before **May 21, 2018**, why this action should not be dismissed for failure to prosecute. Plaintiff may discharge this Order to Show Cause by filing the memorandum in support of the complaint by no later than **May 21, 2018.** Any request for additional time shall not be granted absent a credible showing of good cause.

**Plaintiff is advised that the failure to file a timely response to this Order will result in a recommendation that this action be dismissed for failure to comply with a court order and failure to prosecute.** *See* Fed. R. Civ. P. 41(b); L.R. 41-1.